# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134199

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAUREL A. KENDALL,
      Plaintiff-Appellant,

v

SC: 134199
COA: 277779
Eaton CC: 07-000019-AS

STATE BAR OF MICHIGAN,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 15, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

l0830